1

2

3

4

5
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7
JOSE MANUEL AGUIRRE-GANCEDA,

        NO. CR-03-6016-EFS

8
        Petitioner,

9
        v.
        **ORDER DENYING MR. AGUIRRE-GANCEDA'S FEDERAL RULE OF CIVIL PROCEDURE 12(h)(3)**

10
UNITED STATES OF AMERICA,
        **MOTION TO DISMISS FOR LACK OF**

11
        Respondent.
        **SUBJECT MATTER JURISDICTION**

12

13
      Before the Court is Petitioner Jose Manuel Aguirre-Ganceda's Federal

14
Rule of Civil Procedure 12(h)(3) Motion to Dismiss for Lack of Subject

15
Matter Jurisdiction.  ECF No. 209.  Mr. Aguirre-Ganceda contends this

16
Court lacks subject matter jurisdiction and therefore asks the Court to,

17
inter alia, dismiss this proceeding pursuant to Federal Rule of Civil

18
Procedure 12(h)(3).  Mr. Aguirre-Ganceda fails to explain why the Federal

19
Rules of Civil Procedure apply to this criminal matter wherein he was

20
found guilty by a jury, he was sentenced by the Court, and his appeal of

21
his conviction and sentence was denied by the Ninth Circuit.  Upon

22
review, the Court finds Mr. Aguirre-Ganceda is not entitled to the

23
requested relied and denies his motion.

24
///

25
//

26
/

ORDER ~ 1

1    For the above-given reasons, **IT IS HEREBY ORDERED:**  Mr. Aguirre-

2  Ganceda's Federal Rule of Civil Procedure 12(h)(3) Motion to Dismiss for

3  Lack of Subject Matter Jurisdiction, **ECF No. 209**, is **DENIED.**

4    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this

5  Order  and  distribute  copies  to  Mr.  Aguirre-Ganceda  and  the  U.S.

6  Attorney's Office.

7    **DATED** this ___18th___ day of December 2012.

8

                           S/ Edward F. Shea
9                      EDWARD F. SHEA
                  Senior United States District Judge

10

11

Q:\EFS\Criminal\2003\6016.dismiss.civil.lc1.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ~ 2