AO 248 (Rev. 08/20)  ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 21, 2021**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF __WASH.__

UNITED STATES OF AMERICA

v.

JOSE MANUEL AGUIRRE-GANCEDA

Case No. __2:03-CR-6016-EFS__

ORDER ON MOTION FOR
SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ GRANTED. A separate order providing further explanation for the Court's finding will follow.

☒ The defendant's previously imposed sentence of imprisonment of __life__ is reduced to __time-served__. If this sentence is less than the amount of time the defendant already served, the sentence is reduced to a time served; or

    ☒ Time served. It is understood that Defendant will be deported upon release, however, if he is not promptly deported, then he must have a verified residence as directed below.
If the defendant's sentence is reduced to time served:

        ☒ This order is stayed for up to fourteen days, for the verification of the __Def.'s deportation or__ defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made,

and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended; or

☐ There being a verified residence and an appropriate release plan in place, this order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.

☐ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where they will be released because it was not included in the motion for sentence reduction.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ☐ probation or ☐ supervised release of ___ months (not to exceed the unserved portion of the original term of imprisonment).

☐ The defendant's previously imposed conditions of supervised release apply to the "special term" of supervision; or

☐ The conditions of the "special term" of supervision are as follows:

☐ The defendant's previously imposed conditions of supervised release are unchanged.

☒ The defendant's previously imposed conditions of supervised release are modified as follows:

**You are prohibited from staying in or returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you remain in the United States after release or reenter the United States, you are required to report to the probation office within 72 hours of release or reentry.**

☐ DEFERRED pending supplemental briefing and/or a hearing. The court DIRECTS the United States Attorney to file a response on or before _____, along with all Bureau of Prisons records (medical, institutional, administrative) relevant to this motion.

☐ DENIED after complete review of the motion on the merits.

　　☐ FACTORS CONSIDERED (Optional)

3

4

☐ DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

IT IS SO ORDERED. Defendant's Motions to Reduce Sentence, **ECF Nos. 276 & 277**, are **GRANTED**.

Dated:    4/21/2021

*Edward F. Shea*
_____
UNITED STATES DISTRICT JUDGE